# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

2004 NOV 19 A 11: 11

U.S. DISTRICT COURT
NEW HAVEN, CT

**APPEARANCE**

CASE NUMBER: 303 CR218 JBA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Osas Ayeki

___11/17/04___
Date

___CT 20968___
Connecticut Federal Bar Number

___(617) 522-1133___
Telephone Number

___(617) 983-0733___
Fax Number

___RFMillerlaw AtMSN.com___
E-mail address

___Rudolph F. Miller, Esq.___
Signature

___Rudolph F. Miller___
Print Clearly or Type Name

___390 Centre St.___
Address

___Jamaica Plain, MA 02130___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

___Rudolph F. Miller___
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24