UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Criminal No: 3:03cr218 (JBA)** |
| **OSAS AYEKI** | : | |

**ORDER**

On January 12, 2005, a status conference was held on the record. Counsel of record Da'Tekena Barango-Tariah and Rudolph Findley Miller represented that they would promptly file motions to withdraw their appearances for the defendant, which will be granted for the reasons discussed.

The Court hereby appoints attorney William Bloss as CJA counsel for the defendant.

Rescheduled sentencing date will be set on January 18, 2005, at 2:30 p.m. in Courtroom Two, New Haven, Connecticut.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: January   14,2005