UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------X

United States of America

v.

Osas Ayeki

----------------------------------------------X

Case No. 3:03CR218(JBA)

**MOTION TO WITHDRAW**

FILED
2005 JAN 18 P 4: 57
U.S. DISTRICT COURT
NEW HAVEN, CT

I, Da'Tekena Barango-Tariah, Esq. hereby move the Court for an Order allowing me to withdraw as counsel for defendant, Osas Ayeki.

A withdrawal is requested because the defendant had expressed that he wants to be represented by Attorney Rudolph Miller, who has been part of the defendant's defense team, or one of Attorney Rudolph Mller's colleagues that had visited the defendant on Attorney Rudolph Miller's behalf.

For the foregoing reason, I respectfully request that this Court grants this Motion to Withdraw.

Dated: 01/13/05

Respectfully Submitted,

_____
DA'TEKENA BARANGO-TARIAH
Federal Bar No.: ct 25154
255 Livingston Street, 4th Floor,
Brooklyn, New York 11217
Tel: (718) 625 4200
Fax: (718) 625 2586

1
2
3                           **CERTIFICATE OF SERVICE**
4
5       I certify that on January 13, 2005, I served the within:
6  **Motion to Withdraw,** on
7
8       John A. Marrella, Esq.
        Assistant United States Attorney
9       United States Attorney's Office
        District of Connecticut
10      157 Church Street, 24th Floor
        New Haven, Connecticut 06510
11
12      Rudolph Miller, Esq.
        1 McKinley Square #3
13      Boston, MA 00209-2603
14
        Executed this January 13, 2004, at Brooklyn, New York.
15
16
17                                              *Da'Tekena Barango-Tariah*
18
19
20
21
22
23
24
25
26
27
28