**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:03cr 218(JBA) |
| **OSAS AYEKI** | : |

**ENDORSEMENT ORDER [DOC. #62]**

    Defendant's motion to withdraw appearance is GRANTED. The Court notes the appearance of Attorney William Bloss for the defendant.

                                     IT IS SO ORDERED.

                                  _____/s/_____
                                  Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on January 19, 2005.