```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**UNITED STATES OF AMERICA        :**

**v.                               :  NO. 3:03CR 218(JBA)**

**OSAS AYEKI                       :**

<u>ORDER</u>

Sentencing is continued to **MARCH 1, 2005 at 9:00 A.M.** Counsel shall file their sentencing memoranda on or before **February 15, 2005** with any reply due **February 22, 2005.**

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: January 19, 2005**