UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                          :
**UNITED STATES OF AMERICA**              :
                                          :  CRIM. NO. 3:03cr218(JBA)
**VS.**                                   :
                                          :
**OSAS AYEKI**                            :  January 18, 2005
_____:

**NOTICE OF APPEARANCE**

    Please enter the appearance of undersigned counsel for the defendant Osas Ayeki in the above matter.

 

_____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL:  203-336-4421
FAX:  203-368-3244
email: bbloss@koskoff.com

## **CERTIFICATION**

  This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 18th day of January, 2005, to all counsel and pro se parties of record, as follows:

John A. Marella, Esq.
Assistant U.S. Attorney
157 Church Street
23rd Floor
New Haven, CT 06510

                     _____
                     William M. Bloss