UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : NO. 3:03CR 218(JBA) |
| **OSAS AYEKI** | : |

ORDER

By agreement of counsel, and for good cause shown, sentencing is continued to **April 25, 2005 at 8:30 A.M.** Counsel shall file their sentencing memoranda on or before **April 13, 2005** with any reply due **April 20, 2005.**

                                    IT IS SO ORDERED.

                                    _____/s/_____
                                    Janet Bond Arterton
                                    United States District Judge

**Dated at New Haven, Connecticut: March 4,2005**