UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 3:03CR218(JBA) |
| VS. : | |
| : | |
| OSAS AYEKI : | April 22, 2005 |

## MOTION TO CONTINUE SENTENCING

The defendant in the above-captioned matter hereby moves to continue his sentencing date currently scheduled for Monday, April 15, to June 13, 2005. In support thereof, defendant states as follows:

1. The government has no objection to this motion being granted.

2. This is the second motion for extension of time filed by undersigned counsel with respect to this deadline.

4. This extension is necessary because counsel for the defendant is presently on trial before the Honorable Patty Jenkins Pittman in the Judicial District of New Haven in the case entitled Emyne Gonzalez vs. University System of New Hampshire, et al., Docket No. CV 01 0451217 S.

5. The undersigned has mailed a Speedy Sentencing Waiver to the defendant for signature, and it will be filed upon receipt.

WHEREFORE, for the foregoing reasons, defendant requests that his sentencing date be continued to June 13, 2005, at 9:00 A.M. or to such other date as the court deems appropriate.

THE DEFENDANT

By  _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL:  203-336-4421
FAX:  203-368-3244
email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 22nd day of April, 2005, to all counsel and pro se parties of record, as follows:

John A. Marella, Esq.
Assistant U.S. Attorney
157 Church Street
23rd Floor
New Haven, CT 06510

                                                                                                                _____
                                                                                                       William M. Bloss