UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**          :

**v.**                                 :   NO. 3:03CR 218(JBA)

**OSAS AYEKI**                         :

### SENTENCING SCHEDULING ORDER

By agreement of counsel, and for good cause shown, sentencing is continued to **June 13, 2005 at 9:00 A.M.** conditioned on receipt of defendant's waiver. Counsel shall file their sentencing memoranda on or before **June 3, 2005** with any reply due **June 10, 2005.**

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: April 25, 2005**