# United States District Court

## DISTRICT OF ———

USA v. O. Aychi

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:03 CR 218

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | John M | Bill Bloss |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/13/05 | Montano | Tolley |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | A. Stewart |
| ✓ | | | | | Don Landisi North, NJ |
| ✓ | | 5 | | ✓ | T Mobile Phone list who has phone & Name (w/) date of birth |
| ✓ | | 6 | | ✓ | Chart link to Aychi phone Call on Cell |
| ✓ | | 7 | | ✓ | Chart link Aychi Phone to other cell phone Re Banks |
| ✓ | | 8 | | ✓ | Chart link Aychi Cell Phone 6/02 – 11/02 Re Banks |
| ✓ | | 9 | | ✓ | Spreadsheet – Total Loss 4/02 – 11/02 |
| ✓ | | 10 | | ✓ | CD of Undercover Buys, Meeting of Stewart + Aychi 6/27/03 + 7/16/03 (transcripts of meetings) |
| ✓ | | 11 | ✓ | | CR Card, Cr. Info, (Cut up) (BAG) |
| ✓ | | 11A | | ✓ | Cr. Card, Holder, envelope, Info that were in Bag (11) (Cut up) |
| | | 12 | | ✓ | Express Mail Env (4) in car |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of Pages

| PLF. NO. | DEF. NO. | WITNESS | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 13 | | ✓ | Link Any Chart Cell Phone 3/13/03 7/21/03 |
| | | 14 | | ✓ | Link Any Chart Cell (2) Phone (cases) 4/16 - 7/21 |
| | | 15 | | ✓ | Sp. Sheet Amt of Loss 12/02 - 7/03 |