UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
**UNITED STATES OF AMERICA** :
: CRIM. NO. 3:03CR218(JBA)
**VS.** :
:
**OSAS AYEKI** : JULY 8, 2005
_____:

**DEFENDANT'S SUPPLEMENTAL SENTENCING MATERIALS**

Defendant Osas Ayeki submits the attached materials in connection with his continued sentencing hearing.

Defendant also intends to introduce evidence by means of airline tickets and immigration documents that he was outside the United States, from December 28, 2002, through April 29, 2003. Specifically, he flew from New York to Benin, through Paris, on December 28, 2002, and returned to New York, again through Paris, on April 29, 2003.

THE DEFENDANT,

_____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL: 203-336-4421
FAX: 203-368-3244
email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 8th day of July, 2005, to all counsel and pro se parties of record, as follows:

John A. Marrella, Esq.
Assistant U.S. Attorney
157 Church Street
23rd Floor
New Haven, CT 06510

                                                                                     _____
                                                                                      William M. Bloss