

**CORNELL**

Cornell Companies, Inc.
People Changing People

February 25, 2005

William M. Bloss
350 Fairfield Ave
Bridgeport, CT 06604

**Re: Osas Ayeki**

Dear Mr. Bloss:

Please be advised that Mr. Ayeki was received at the Donald W. Wyatt Detention Facility on July 22, 2003. He is being held for the United States Marshals Service, district of Connecticut.

While housed at this facility Mr. Ayeki has maintained a positive attitude and adjustment. He has not received any discipline reports. Mr. Ayeki has participated in a Typing class and an Interpersonal Violence program. He is currently participating in the inmate workers program as a library clerk, and he attends religious services on a weekly basis.

If you should have any questions feel free to contact my office at (401) 729-1190 extension 163.

Sincerely,

Patrick Toolin
Case Manger





Cornell Companies, Inc.
People Changing People

June 18, 2004

Da'Tekena Barango-Tariah
Attorney at Law
255 Livingston Street, 4th Floor
Brooklyn, New York  11217

RE:  **Osas Ayeki**

I am writing on behalf of your client Osas Ayeki, SID # 15219-014, as he is coming before the judge for sentencing.  He was received at the Donald W. Wyatt Detention Facility on July 22, 2003.  He is being held by the United States Marshal Service, New Haven Connecticut District, for fraud and illegal use of credit card charges.

Since being committed to the Wyatt Detention Facility Ayeki has made great progress by maintaining a positive attitude and remaining infraction free. He attends Educational Programs offered by the facility and also regularly attends Religious Services.  He also works as a Law Clerk for the Education Department.

Please feel free to contact me, if you need further information about this detainee at (401) 729-1190 extension 177.

Thank you,

Ms. June Carlton
Case Manager



# Freedom Limousines & Car Service

104 Ralph Avenue, Brooklyn, NY 11221 • (718) 452-5400 / (718) 452-5458

June 23rd 04.

TO WHOM IT MAY CONCERN.

RE: OSAS, AYEKI:

This is to certify that the above - named individual worked here as an independent contractor, driving cabs part-time, Monday thru Thursday.

We understand that Mr. Ayeki is presently incarcerated and hoping to be released soon. We are ready to rehire him to be full-time cab driver if he so desire. While in our employment, he was hard working and very dedicated and we will not hesitate to have him back. When I say this, I think I speak on behalf of all his co- drivers ( independent operators) at the car service base.

Thanks for your anticipated co-operation.

Victor Oronsaye.
MANAGER.   6/23/04.



# CHURCH OF THE ACTS

116 Railroad Avenue
Harrisville R.I. 02830
Pastor: Jesus Christ

Assist. Pastor Michael Kropman
1-401-568-016

July 20, 2004

To Whom It May Concern:

I am writing this letter in regards to ___OSAS AYEKI___ who been attending Bible Study faithfully, and has shown and interest in his Spiritual life and growth.

Pastor Michael J Kropman
Chaplain
7-20-04

**FOR GOD SO LOVED YOU, THAT HE GAVE HIS ONLY BEGOTTEN SON, (JESUS CHRIST) THAT IF YOU WILL BELIEVE IN HIM, YOU WILL NOT PERISH BUT HAVE EVERLASTING LIFE (JOHN 3:16)**

PAUL F. SHAW
42 Fountain Ave.
Barrington, R.I. 02806

May 26, 2004

TO WHOM IT MAY CONCERN:
IN RE: OSAS AYEKI

Dear Sir;

I have been conducting BIBLE STUDY COURSES at the Donald W. WYATT DETENTION FACILITIES for the past ten years. The defendant, Osas Ayeki has been in attendance since his stay here.

In view of approaching litigation I am bringing the following to your attention; recent studies by JOHN GARTNER of LOYALA COLLEGE in MARYLAND, as reported in US NEWS AND WORLD REPORT, have determined that there is a definite correlation between religious participation and the avoidance of crime and substance abuse. There is good imperial evidence that a religious belief can make a positive difference in a man. They also concluded that faith is essential to preventing recidivism. Family support, education, job training and other factors matter to. I am sure that you are well aware of this.

I believe faith in the Living God can turn around already troubled lives. Attendance at the Bible Studies is not in itself the answer, but a personal acceptance of Biblical truths and principles resulting in a commitment to Christ provides a set of values and moral beliefs chich give rise to a strong motivation, a spiritual dimension which has been largely forgotten today.

Thank you for this opportunity to present you these facts.

Sincerely,
Paul F. Shaw



# Emmaus Correspondence School

*This certifies that*

OSAS AYEKI

*has successfully completed*

10 1/2 **units of study**

*by correspondence*

WARWICK, RI          12/25/04
ISSUED AT                DATE

*Wesley M. Gardner*
CORRESPONDENCE SCHOOL DIRECTOR



# Emmaus Correspondence School

*This certifies that*

Osas Ayeki

*has successfully completed*

5½ **units of study**

*by correspondence*

Warwick, RI          October 3, 2004
ISSUED AT                DATE

*Wesley M. Gardner*
CORRESPONDENCE SCHOOL DIRECTOR