# United States District Court

DISTRICT OF —

United States District Court
District of Connecticut
FILED AT NEW HAVEN
7/14/2005
Kevin F. Rowe, Clerk
By: _____ Deputy Clerk

USA v. Ayehi

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3CR 218 JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Morella | Bloss |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/14/05 | Montini | Tada |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | ✓ |  |  | Con't Don Landisi North, NJ |
|  | A | ✓ |  | ✓ | Rept interview of Stewart 3/26/03 |
|  | B | ✓ |  | ✓ | 5/16/03 Rpt interview of Stewart |
|  | C | ✓ |  | ✓ | Airline ticket NYC to Bari 12/28/02 |
|  | D | ✓ |  | ✓ | Return Air ticket Bari to NYC 4/28/03 |
|  | E |  |  | ✓ | Passport - O. Ayehi |
|  | F |  |  | ✓ | " " |
| ✓ | 16 |  |  | — | Email from Landisi to AUSA |
| ✓ | 10A |  |  | — | transcripts of CD #10 |
| ✓ | 2B |  |  | — | " " |
|  | G |  |  | ✓ | Rpt interview of Stewart 6/25/04 |
|  | H |  |  | ✓ | " Olagunkaye 1/21/03 |
|  | 17 |  |  |  | Rpt interview of Olagunkaye 11/20/02 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    Pages