UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Jul 21  8 44 AM '05

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES OF AMERICA

v.   Crim. No. 3:03CR218(JBA)

OSAS AYEKI
(a.k.a. "Buck")

## ORDER OF RESTITUTION

Pursuant to 18 U.S.C. § 3663A, it is hereby

ORDERED, that

1. The defendant shall pay the sum of $120,000.00 as restitution to the victims in this case;

2. During his term of imprisonment and probation, the defendant shall pay restitution at the rate of $100.00 per month, which amount shall increase as the defendant's income increases;

3. While the defendant is serving his term of imprisonment, payments shall be made through the Inmate Financial Responsibility Program;

4. The provisions set forth in 18 U.S.C. § 3664(k) apply, including the following:

   a. The defendant shall notify the Court and the Government of any material change in his economic circumstances that might affect his ability to pay restitution;

   b. The Court will accept notification of a material change in the defendant's economic circumstances from the Government or from the victims; and

  c. Upon receipt of the notification, the Court may, on its own motion or the motion of any party, including the victims, adjust the payment schedule or require immediate payment in full, as the interests of justice require;

4. Interest is waived, provided that the defendant makes his monthly payments in a timely fashion;

5. The defendant is directed to make all payments to the Clerk of Court, United States Courthouse, 141 Church Street, New Haven, Connecticut;

6. The Clerk of Court is directed to disburse restitution payments, from time to time as he deems appropriate, to the victims identified on Attachment A;

7. The disbursements to the victims identified on Attachment A shall be prorated, based upon the amount of financial loss incurred by each victim; and

8. Liability for payment of restitution shall be joint and several with any other persons against whom an order of restitution is issued in connection with the defendant's illegal use of credit cards and checks in this case.

SO ORDERED this 20th day of July, 2005, at New Haven, Connecticut.

          JANET BOND ARTERTON
          UNITED STATES DISTRICT JUDGE

## ATTACHMENT A

| VICTIM | CONTACT INFORMATION | LOSS AMOUNT |
|---|---|---|
| Discover Card | Bob Farrell<br>Fraud Investigator<br>P.O. Box 983<br>Westwood, NJ 07675 | $228,461.94 |
| HSBC Bank USA | Susan Wesley<br>Fraud Investigator<br>95 Washington Street, Floor 2 South<br>Buffalo, NY 14273 | $39,497.02 |
| Citigroup, Inc. | Tom Kelly<br>Fraud Investigator<br>Citigroup Investigative Services, Inc<br>1 Court Square, 16th Floor/Zone 2<br>Long Island City, NY 11120 | $33,223.00 |
| Capital One | Greg Marrett<br>Fraud Investigator<br>P.O. Box 85582<br>Richmond, VA 23260 | $13,066.56 |
| Bank One (formerly First USA Bank) | Diane Henn<br>Fraud Investigator<br>P.O. Box 1523<br>Lindenhurst, NY 11757 | $63,716.75 |
| Fleet Bank | Lee Gantt<br>550 Blair Mill Road<br>Horsham, PA 19044 | $10,400.00 |
| Household Credit Card Services | P.O. Box 80055<br>Salinas, CA 93912<br>Attn: HCS 27V | $4,830.58 |
| American Express Security | Denise Guido<br>200 Vesey Street<br>New York, NY 10285 | $1,331.04 |

**TOTAL LOSS:**     $394,526.89