Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

District of __Connecticut__

United States

Osas Ayeki

Docket No.: __3:03CR218 (JBA)__

__Arterton, J.__
(District Court Judge)

Notice is hereby given that __Osas Ayeki__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ __XX__ ], other [ _____ ] _____
(specify)

entered in this action on __July 14, 2005__
(date)

Offense occurred after November 1, 1987    Yes [ XX ]    No [ ____ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ ___ ]    No [ ____ ]

Date __7/19/05__
TO  John Marella, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

William M. Bloss
(Counsel for Appellant)
Address  Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: __203-336-4421__

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [XX] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings _____<br>[ ___ ] Trial _____<br>[ XX ] Sentencing  6/15/05, 7/14/05<br>[ ___ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ XX ]

ATTORNEY'S SIGNATURE  _[signature]_    DATE  7/19/05

▶ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court  (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02