## **CERTIFICATION**

      This is to certify that a copy of the foregoing Notice of Appeal has been mailed, postage prepaid, on this 20th day of July, 2005, to all counsel and pro se parties of record, as follows:

John A. Marella, Esq.
Assistant U.S. Attorney
157 Church Street
23rd Floor
New Haven, CT 06510

_____
William M. Bloss