UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 JUL 21 P 1:43
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　Plaintiff. )<br>　　　vs. )<br>OSAS AYEKI )<br>　　Defendant. )<br> ) | Case No. 3:03CR218(JBA)<br>NOTICE OF APPEAL. |

COMES NOW the Defendant, Osas Ayeki, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this Court on July 14, 2005.

Respectfully submitted this 18th day of July, 2005.

_____
Osas Ayeki

June Maria Carlton
Notary Public

Copy mailed this 18th day of July,
2005 to each of the following:

   United States District Court
   District of Connecticut
   New Haven
   Richard C. Lee
   United States Court House
   141 Church Street
   New Haven, CT. 06510