**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

FILED 2006 SEP 20 P 2:09
DISTRICT COURT
NEW HAVEN, CT

September 18, 2006

William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604

Re: Case Name: USA v Ayeki
Number: 3:03cr218 JBA

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed are the following exhibits:

    All defendant's exhibits.

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                                     Sincerely,

                                     Kevin F. Rowe, Clerk

                                     BY _____
                                          Betty J. Torday
                                          Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: 9/19/06